AO 91 (Rev. 08/09)  Criminal Complaint

**FILED**

## UNITED STATES DISTRICT COURT
for the
District of Montana

JAN - 5 2022

Clerk, U.S. Courts
District Of Montana
Billings Division

| | |
|---|---|
| United States of America<br>v.<br>Stefan Shane HICKEL<br><br>*Defendant(s)* | )<br>)<br>)  Case No. MJ-22-02-BLG-TJC<br>)<br>)<br>) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   09/08/2021 to 09/29/2021   in the county of   Yellowstone and Rosebud   in the
District of   Montana  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Possession of a firearm as a prohibited person. |

This criminal complaint is based on these facts:
See attached affidavit, incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Cory Kambak, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   01/05/2022

_____
*Judge's signature*

City and state:   Billings, Montana         Timothy J. Cavan, U.S. Magistrate Judge
*Printed name and title*