## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Cory R. Kambak, being first duly sworn, depose and state as follows:

### I.   INTRODUCTION AND AGENT BACKGROUND

I am a Special Agent (SA) with the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), assigned to the Billings Field Office where it is my responsibility to investigate firearm, narcotic, and/or explosive-related offenses. I have been employed by the ATF since September, 2014 and completed the Criminal Investigator Training Program in addition to the ATF Special Agent Basic Training course at the Federal Law Enforcement Training Center (FLETC). Prior to becoming a Special Agent, I was a Police Officer with the Billings Police Department for six years, during which I was assigned to SWAT and the Bomb squad among other duties and assignments. In addition to my current ATF duties, I am assigned to the Eastern Montana High Intensity Drug Trafficking Area (EMHIDTA) Task Force. During my tenure as a Special Agent I have been involved in numerous firearm and drug investigations which have entailed the interviewing of suspects and witnesses involved in firearm trafficking and possession.

Your Affiant is involved in the investigation of a suspected violation of Federal law(s) by Stefan Shane HICKEL who was on absconding status from Montana State Probation and Parole at the time HICKEL was found to be in possession of narcotics, drug paraphernalia, and multiple firearms (to include stolen firearms and NFA violations).

## II. DESCRIPTION

1. This Affidavit is submitted in support of a Criminal Complaint requested for Stefan Shane HICKEL, charging him with Possession of a Firearm and/or Ammunition in violation of Title 18, United States Code, Section 922(g)(1). The statements in this Affidavit pertain to the investigation described below and are based in part on information provided by my own observations and experience as an ATF Special Agent, and the observation and experiences of other fellow law enforcement officers participating in the investigation. This Affidavit does not purport to contain all the facts related to this investigation, but only those facts necessary to establish probable cause with respect to the aforementioned offense.

## III. PROBABLE CAUSE

2. Information was obtained by EMHIDTA regarding Stefan HICKEL's continued escalating involvement with the distribution of narcotics and firearms possession in the Yellowstone County, MT area. HICKEL was convicted of felony Criminal Possession with Intent to Distribute out of Hill County, Montana in 2016, and was placed on supervision with the Montana State Probation and Parole. HICKEL was on absconding status at the time the following search warrants were executed. As a result of the aforementioned felony, HICKEL is prohibited from possessing firearms and/or ammunition.

3. A search warrant (SW 21-00485) was executed on HICKEL's residence in Billings, MT on September 8, 2021 which yielded to the discovery of numerous items of drug paraphernalia and a total of eight (8) firearms. Two of these firearms had been reported

stolen, and two additional firearms were found to be in violation of the NFA (short-barrel shotguns). HICKEL was not home at the time and could not be located on this date.

4. On September 29, 2021, information was obtained indicating HICKEL was currently located at the Montana Inn motel in Forsyth, MT. The EMHIDTA contacted the Montana Division of Criminal Investigations (DCI) for assistance. DCI responded, identified HICKEL's motel room number and detained HICKEL without incident. A search warrant (SW 21-0052) was executed on the motel room which produced narcotics, paraphernalia and multiple firearms and rounds of ammunition.

5. HICKEL was interviewed by DCI shortly after his arrest and had been advised of his rights before speaking with law enforcement. When asked about the firearms found in the motel room, HICKEL responded, "I had three. That's more than I should have had. I'm not supposed to have any being a felon." HICKEL would also admit to being a regular user and distributor of narcotics to include methamphetamine and heroin.

6. A total of twelve (12) firearms were seized from HICKEL's residence and the motel room. ATF SA Cory Kambak determined that none of the firearms had been manufactured in the state of Montana, and therefore affected interstate commerce. Two of these firearms had been reported stolen, and two shotguns that were seized each had their barrel cut to a length requiring being registered in the NFA. Neither of these shotguns, nor HICKEL, are registered.

## IV.  CONCLUSION

7. Based on my training and experience, and the foregoing facts, I believe there is probable cause that Stefan Shane HICKEL violated Title 18, United States Code, Section

922(g)(1), Possession of a Firearm and/or Ammunition as a Prohibited Person on September 8, 2021 (Billings, Montana) and September 29, 2021 (Forsyth, Montana).

8. I swear that the facts presented herein are true and accurate to the best of my knowledge.

_____
Cory R. Kambak
ATF Special Agent

1/5/22
Date

SUBSCRIBED TO AND SWORN BEFORE ME THIS 5th day of January, 2022.

_____
Honorable Judge Timothy J. Cavan
United States Magistrate Judge
District of Montana